# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

OBAYDULLAH,               )
                          )
        Petitioner,       )
                          )
    v.                    )   Civil Case No.  08-1173 (RJL)
                          )
BARACK H. OBAMA, *et al.*,  )
                          )
        Respondents.      )
                          )

## ORDER
(March 24, 2011)

Now before the Court is petitioner Obaidullah's Motion for Reconsideration made pursuant to Federal Rule of Civil Procedure 59(e). *See* Notice of Filing, Dec. 30, 2010, ECF No. 106. Petitioner makes three arguments as to why the Court should reconsider its ruling denying Obaidullah's writ of habeas corpus. After consideration of the pleadings, the relevant law, and the entire record, petitioner's motion is hereby DENIED for the following reasons.

"'[A] district court should not grant a motion for reconsideration unless the moving party shows new facts or clear errors of law which compel the court to change its prior position.'" *Abdah v. Obama*, No. 04-cv-1254, slip op. at 1 (D.D.C. June 14, 2010) (quoting *Nat'l Ctr. for Mfg. Scis. V. Dep't of Def.*, 199 F.3d 507, 511 (D.C. Cir. 2000)). Accordingly, "[a] motion for reconsideration should be granted only if the court 'finds that there is an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest unjustice." *Nat'l Sec. Archive v.*

*C.I.A.*, 584 F. Supp. 2d 144, 146 (D.D.C. 2008) (quoting *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996).

Review of the pleadings and record demonstrate that Obaidullah has failed to meet the standard required by Rule 59(e). Accordingly, it is hereby

**ORDERED** that petitioner's Motion for Reconsideration is **DENIED.**

**SO ORDERED.**

RICHARD J. LEON
United States District Judge